(No. 5657-)

HAROLD ROTHERMEL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF AGRICULTURE, Respondent.

*Opinion filed November 11, 1969.*

HAROLD ROTHERMEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

BOOKWALTER, J.